**Alfred and Genevieve BECERRA, Appellants,**

v.

**TOM MARTIN CONSTRUCTION COMPANY, Respondent,**

**William C. Haas, Defendant.**

**No. WD 42164.**

Missouri Court of Appeals, Western District.

May 29, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 1990.

Application to Transfer Denied Sept. 11, 1990.

Gordon N. Myerson, Kansas City, for appellants.

R. Frederick Walters, Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

**ORDER**

PER CURIAM.

Appeal from the trial court's directed verdict for defendant on nuisance and prima facie tort counts, and its granting of defendant's motion for entry of judgment notwithstanding the verdict on a trespass count.

Affirmed. Rule 84.16(b).